990 A.2d 1146

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**PENNSYLVANIA STATE TROOPERS ASSOCIATION, Petitioner.**

Supreme Court of Pennsylvania.

March 16, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 16th day of March 2010, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, rephrased for clarity, is:

Did the Commonwealth Court err when it invalidated the wage provisions of an Act 111 interest arbitration award

based upon a holding that the provisions violated the State Employees Retirement Code, 71 Pa.C.S. § 5302(b)(2)?